NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL T. FLORIO,               )
                                 )
            Appellant,           )
                                 )
v.                               )          Case No. 2D17-1294
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____)

Opinion filed November 15, 2017.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.

Michael T. Florio, pro se.

No appearance by Appellee.


PER CURIAM.

         Affirmed without prejudice to any right Michael T. Florio has to seek timely

relief pursuant to a sworn motion filed under Florida Rule of Criminal Procedure 3.850.


LaROSE, C.J., and NORTHCUTT and KELLY, JJ., Concur.